Exhibit A

| | |
|---|---|
| DISTRICT COURT,<br>ARAPAHOE COUNTY, COLORADO<br>7325 S Potomac Street #100<br>Centennial, Colorado  80112<br><br>**PLAINTIFF:**  REYNALDO SUAVERDEZ, on behalf of himself and all similarly situated persons,<br><br>**v.**<br><br>**DEFENDANT:**  CIRCLE K STORES INC. | DATE FILED: March 15, 2020 11:51 PM<br>FILING ID: 36B07D7FA379A<br>CASE NUMBER: 2020CV30639<br><br><br><br><br><br>Δ    COURT USE ONLY    Δ |
| Attorneys for Plaintiff:<br>Larkin Reynolds, Atty. Reg. #52914<br>FOUNDRY LEGAL, LLC<br>3120 Blake Street, Suite A4<br>Denver, CO  80205<br>Telephone:  (303) 335-0135<br>LReynolds@Foundry.Legal<br><br>Brian D. Gonzales, Atty. Reg. # 29775<br>THE LAW OFFICES OF BRIAN D. GONZALES, PLLC<br>2580 East Harmony Road, Suite 201<br>Fort Collins, CO  80528<br>Telephone:  (970) 214-0562<br>BGonzales@ColoradoWageLaw.com | Case Number:<br><br><br><br><br><br>Ctrm/Div: |
| **CLASS ACTION COMPLAINT** | |

Plaintiff Reynaldo Suaverdez, by and through undersigned counsel, individually and on behalf of all others similarly situated, files this *Class Action Complaint* against Circle K Stores Inc. ("Circle K").

## STATEMENT OF THE CASE

1.  The Colorado Wage Claim Act, Colo. Rev. Stat. §§ 8-4-101, *et seq*. (the "Wage Claim Act") and the Colorado Minimum Wage Act, Colo. Rev. Stat. §§ 8-6-101, *et seq*., as implemented by the Colorado Minimum Wage Order (the "Minimum Wage Act"), contain various rules regarding employee wages and working hours.  Circle K violated these laws by failing to ensure that employees received all required meal and rest breaks during their shifts.  This class action seeks to recover damages and backpay to compensate current and former hourly-paid employees of Circle K for these wage violations.

## PARTIES, JURISDICTION, AND VENUE

2. Plaintiff, a current employee of Circle K, is an individual and resident of the State of Colorado.

3. Defendant Circle K is a corporation organized and existing under the laws of the State of Texas with its principal place of business located in Tempe, Arizona. Circle K's regional office is located at 5500 South Quebec Street, Suite 100, Greenwood Village, Colorado 80111. At all times relevant to this action, Circle K has been located in and has conducted business in the State of Colorado.

4. Venue in this Court is proper pursuant to C.R.C.P. 98 because Circle K may be found in this County.

5. This Court has jurisdiction over the parties and subject matter of this action pursuant to C.R.S. § 13-1-124.

## FACTUAL BACKGROUND

6. Circle K operates thousands of convenience stores including dozens in Colorado. Circle K hired Plaintiff on or around June 24, 2013 and he works at Circle K's store located at 22998 East Smoky Hill Road, Aurora, Colorado 80016.

7. Section 8 of the Minimum Wage Act requires that employees be provided ten-minute rest periods in the middle of each four-hour work period or "major fractions thereof". 7 *Colo. Code Regs*. §1103-1:8.

8. In addition to mandatory rest breaks, Colorado employees are entitled to a thirty minute meal break whenever a work shift exceeds five hours. 7 *Colo. Code Regs*. § 1103-1:7.

9. Circle K failed to provide Plaintiff and other similarly-situated employees all of their meal and rest breaks, as mandated by Colorado state law. In particular, Plaintiff and other non-exempt employees were not provided a compensated, ten-minute rest period for each four hours of work or major fractions thereof. Moreover, Plaintiff and other non-exempt employees rarely received a legally-compliant thirty-minute lunch break.

10. On several occasions Circle K's representatives, including Plaintiff's store managers and supervisors, informed Plaintiff that "workers at convenience stores do not get breaks."

## CLASS ACTION ALLEGATIONS

11. Plaintiff brings this action as a C.R.C.P. 23 class action, on behalf of himself and on behalf of a Class for which Plaintiff seeks certification. Pending any modifications necessitated by discovery, Plaintiff preliminarily defines the class as follows:

2

**ALL CURRENT OR FORMER HOURLY CIRCLE K EMPLOYEES IN COLORADO WHO WERE NOT PROVIDED ALL REQUIRED MEAL AND REST BREAKS WITHIN THE STATUTE OF LIMITATIONS.**

12. This action is properly brought as a class action for the following reasons:

    a. The Class is so numerous that joinder of all Class Members is impracticable. On information and belief, there are more than 100 members in the proposed class.

    b. Numerous questions of law and fact regarding the liability of Circle K are common to the Class and predominate over any individual issues which may exist.

    c. Although the exact amount of damages may vary among Class Members, the damages for the Class Members can be easily calculated by a simple formula. The claims of all Class Members arise from a common nucleus of facts. Liability is based on a systematic course of wrongful conduct by Circle K that caused harm to all Class Members.

    d. The claims asserted by Plaintiff are typical of the claims of Class Members and the Class is readily ascertainable from Circle K's records. Plaintiff was subjected to the same rules and policies as all other workers that form the basis of the alleged violation. Circle K applied its policy to him just as it did with all Class Members.

    e. Plaintiff will fairly and adequately protect the interests of Class Members. The interests of Class Members are coincident with, and not antagonistic to, those of Plaintiff. Plaintiff is committed to this action and has no conflict with the class members. Furthermore, Plaintiff is represented by experienced class action counsel.

    f. Questions of fact common to the members of the class predominate over any questions affecting only individual members, and a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

**FIRST CLAIM FOR RELIEF**
**(Violation of the Colorado Wage Claim Act, § 8-4-101, *et seq*.)**

13. Plaintiff incorporates by reference all of the above paragraphs.

14. At all material times, Circle K has been an "employer" within the meaning of the Colorado Wage Claim Act, § 8-4-101, *et seq*.

3

15. At all material times, Circle K has employed "employees," including Plaintiff and Class Members, within the meaning of the Colorado Wage Claim Act, § 8-4-101, *et seq*.

16. Circle K was Plaintiff's "employer" within the meaning of the Colorado Wage Claim Act, § 8-4-101, *et seq.*

17. As a result of the foregoing conduct, as alleged, Circle K has failed to pay wages due, thereby violating, and continuing to violate, the Wage Claim Act. These violations were committed knowingly, willfully and with reckless disregard of applicable law.

18. As a result, Plaintiff has been damaged in an amount to be determined at trial. Plaintiff hereby demands payment on behalf of himself and all Class Members in an amount equal to all earned but unpaid straight time and overtime compensation. This demand for payment is continuing and is made on behalf of any current Circle K employees whose employment terminates at any time in the future. Such payment should be made in care of undersigned counsel at the listed address.

## SECOND CLAIM FOR RELIEF
**(Violation of the Colorado Minimum Wage Act, § 8-6-101, *et seq*.)**

19. Plaintiff incorporates by reference all of the above paragraphs.

20. At all relevant times, Circle K has been, and continues to be, an "employer" within the meaning of the Colorado Minimum Wage Act.

21. At all relevant times, Circle K has employed, and continues to employ, "employees," including Plaintiff, within the meaning of the Minimum Wage Act.

22. Plaintiff was an employee of Circle K within the meaning of the Minimum Wage Act.

23. As a result of the foregoing conduct, as alleged, Circle K has violated, and continues to violate, the Minimum Wage Act. These violations were committed knowingly, willfully and with reckless disregard of applicable law.

24. As a result, Plaintiff and Class Members have been damaged in an amount to be determined at trial.

## JURY DEMAND

25. Plaintiff demands a trial by jury as to all issues so triable.

**REQUEST FOR RELIEF**

**WHEREFORE**, Plaintiff respectfully requests that the Court enter judgment in favor of himself and Class Members and against Circle K as follows:

1. Determining that the action is properly maintained as a class action, certifying Plaintiff as the class representative, and appointing Plaintiff's counsel as counsel for Class Members;

2. Ordering prompt notice of this litigation to all potential Class Members;

3. Awarding Plaintiff and Class Members their compensatory damages, attorneys' fees and litigation expenses as provided by law;

4. Awarding Plaintiff and Class Members their pre-judgment, post-judgment and moratory interest as provided by law;

6. Awarding Plaintiff and Class Members statutory penalties as provided by law; and

7. Awarding Plaintiff and Class Members such other and further relief as the Court deems just and proper.

Respectfully submitted this 15th day of March, 2020.

*s/ Larkin Reynolds*
Larkin Reynolds
FOUNDRY LEGAL, LLC
3120 Blake Street, Ste. A4
Denver, CO  80216

*Counsel for Plaintiff*

Plaintiff's Address
6805 South Langdale Street, No. 101
Aurora, CO  80016