IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01035-RMR-NYW

REYNALDO SUAVERDEZ, on behalf of
himself and all similarly situated persons

Plaintiff,

v.

CIRCLE K STORES INC.

Defendant.

---

**ORDER RE UNOPPOSED MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AGREEMENT AND FOR AWARD OF FEES AND EXPENSES TO CLASS COUNSEL**

---

THE COURT, having considered Plaintiff's Unopposed Motion for Final Approval of Proposed Class Action Settlement Agreement and for Award of Fees and Expenses to Class Counsel (ECF Doc. 74), and Plaintiff's memorandum in further support of that Motion (ECF Doc. 79), hereby finds and ORDERS as follows:

1. The Motion is GRANTED.

2. The Court hereby incorporates by reference its oral findings made during the February 23, 2022 Final Approval and Fairness Hearing. *See* ECF Doc. 78.

3. For settlement purposes only, the Court hereby certifies the following Settlement Class pursuant to Fed. R. Civ. P. 23(b)(3):

    I. ALL INDIVIDUALS WHO WORKED FOR CIRCLE K STORES INC. AS HOURLY EMPLOYEES IN ITS CONVENIENCE STORES IN COLORADO FROM MARCH 15, 2017 THROUGH MARCH 15, 2020

4. The Court finds that the Settlement (ECF Doc. 51-1) is fair, adequate, and reasonable pursuant to Fed. R. Civ. P. 23(e).

5. The Settlement is therefore approved.

6. The plan of allocation described in the Settlement is approved.

7. Class Counsel's request for attorney's fees and expenses totaling $1,179,977.89 is approved as fair and reasonable. The Settlement Administrator shall pay Class Counsel their fees and expenses out of the settlement fund consistent with the Settlement Agreement.

8. The Settlement Administrator shall be paid fees and costs it accrues out of the settlement fund not to exceed the $60,000.00 amount in its estimate. *See* Doc. 74-1, Settlement Admin. Dec. ¶ 17. If the Settlement Administrator accrues fees and costs in excess of its estimate, it shall petition the Court for those additional amounts through Class Counsel.

9. In addition to his *pro rata* portion of the class fund, Plaintiff shall receive a service award in the amount of $30,000 in recognition of his service to class members in securing the Settlement. The Settlement Administrator shall pay Plaintiff the service award out of the settlement fund.

10. Disbursement of the settlement funds and dismissal of the action shall occur consistent with the deadlines set in the Settlement Agreement.

11. As the Court stated in its Order preliminarily approving the Settlement, Doc. 69 ¶ 14, the Court retains jurisdiction over this case to consider all further matters arising out of or connected with the settlement, including the administration and enforcement of the proposed Settlement.

Dated this  21st  day of  June , 2022.

**BY THE COURT:**

_____
REGINA M. RODRIGUEZ
United States District Judge